certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ralph G. Martin* for petitioners.

No. 340. MURRAY *v.* NED ET AL. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. W. F. Semple* and *Villard Martin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for the United States, respondent.

No. 352. CONSOLIDATED FREIGHTWAYS, INC. *v.* UNITED STATES. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Francis R. Kirkham* and *Donald A. Schafer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Chester T. Lane, Robert L. Pierce, Edward Dumbauld,* and *George H. English* for the United States.

No. 377. GOLDSMITH ET AL. *v.* UNITED STATES. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. C. L. Dawson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for the United States.

No. 390. NIKLAUS ET AL. *v.* LINCOLN JOINT STOCK LAND BANK. November 8, 1943. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Mr.*

*Herbert W. Baird* for petitioners. *Mr. C. A. Sorensen* for respondent.

No. 393. DURKEE FAMOUS FOODS, INC. *v.* HARRISON, COLLECTOR OF INTERNAL REVENUE. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. H. J. Crawford* and *Roger Hinds* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Alvin J. Rockwell* for respondent.

No. 401. BROWN *v.* SCHOOL DISTRICT OF THE CITY OF BETHLEHEM. November 8, 1943. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. David Getz* for petitioner. *Mr. Herbert J. Hartzog* for respondent.

No. 405. SCHENLEY IMPORT CORP. *v.* UNITED STATES. November 8, 1943. Petition for writ of certiorari to the Court of Customs & Patent Appeals denied. *Mr. Norman J. Morrison* for petitioner. *Solicitor General Fahy, Assistant Attorney General Rao,* and *Mr. John R. Benney* for the United States.

No. 359. ATLANTA FLOORING & INSULATION CO., INC. ET AL. *v.* OBERDORFER INSURANCE AGENCY ET AL. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Oliver C. Hancock* for petitioners. *Mr. H. A. Alexander* for respondents.